Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 22-21354-CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Brad R. Swisher                     Lisa M. Swisher
431 Theo Street                     431 Theo Street
Derry, PA 15627                     Derry, PA 15627

Social Security No.:
xxx-xx-1986                         xxx-xx-6595

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR      NAME/ADDRESS OF TRUSTEE
Charles James Grudowski                  Ronda J. Winnecour
Grudowski Law, P.C.                      Suite 3250, USX Tower
3925 Reed Boulevard, Suite 201           600 Grant Street
Murrysville, PA 15668                    Pittsburgh, PA 15219
Telephone number:  412-904-1940          Telephone number:  412-471-5566

DATE/TIME/LOCATION OF MEETING OF         CONFIRMATION HEARING DATE/TIME/LOC
CREDITORS                                October 3, 2022
October 3, 2022                          09:00 AM
09:00 AM                                 remotely by the Trustee via Zoom, how to
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com,
participate:goto www.ch13pitt.com,       meetings@chapter13trusteewdpa.com
meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE
DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL
RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE
OR HEARING.**

Dated: 8/29/22                           BY THE COURT


                                         Carlota M. Bohm
                                         Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Brad R. Swisher

Lisa M. Swisher

    Debtors

Case No. 22-21354-CMB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2

Date Rcvd: Aug 29, 2022

User: auto

Form ID: rsc13

Page 1 of 3

Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brad R. Swisher, Lisa M. Swisher, 431 Theo Street, Derry, PA 15627-2655 |
| 15500177 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15497557 | + | Emvlp Ii Llc/State Farm Bank, Attn: Bankruptcy Dept, Po Box 2313, Bloomington, IL 61702-2313 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2022 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2022 23:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 30 2022 00:21:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15497550 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 29 2022 23:32:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15497551 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2022 23:39:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15501960 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2022 23:39:16 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15497553 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2022 23:39:38 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15497554 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2022 23:49:48 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15497555 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2022 23:39:20 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15500737 | | Email/Text: mrdiscen@discover.com | Aug 29 2022 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15497556 | + | Email/Text: mrdiscen@discover.com | Aug 29 2022 23:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15497558 | + | Email/Text: bknotice@ercbpo.com | Aug 29 2022 23:33:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15497559 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 29 2022 23:33:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15502630 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 29 2022 23:33:00 | First National Bank of Omaha, 1620 Dodge Street, |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Aug 29, 2022 | Form ID: rsc13 | Total Noticed: 35

| Recip ID | | Email Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Stop Code 3129, Omaha, Nebraska 68197 |
| 15499818 | | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2022 23:39:32 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 15497552 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2022 23:39:16 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15502947 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 29 2022 23:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15497560 | | Email/Text: teller2@lescofcu.com | Aug 29 2022 23:33:00 | Lesco Federal Credit Union, 2613 Ligonier Street, Latrobe, PA 15650 |
| 15506306 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2022 23:39:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15502352 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2022 23:39:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15497561 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 29 2022 23:33:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15497562 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 29 2022 23:33:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15497563 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 29 2022 23:33:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15505249 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 29 2022 23:33:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15497854 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 23:39:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15497564 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 00:10:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15497565 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 23:49:55 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15497566 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 23:50:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15497567 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 23:49:50 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15497568 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 00:10:52 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15497569 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 29 2022 23:33:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 15497570 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 29 2022 23:49:50 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15503171 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Joint Debtor Lisa M. Swisher cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Charles James Grudowski | on behalf of Debtor Brad R. Swisher cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5