IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 22-21354-CMB |
| Brad R. Swisher ) | Chapter 13 |
| Lisa M. Swisher ) | |
|     Debtor(s) ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | Related to Doc. 29 , 33 |
|     Movant(s) ) | |
| vs. ) | |
| ) | |
| Brad R. Swisher ) | **ENTERED BY DEFAULT** |
| Lisa M. Swisher ) | |
|     Respondent(s) ) | |

### ORDER OF COURT

AND NOW, this __15th__ day of __February__, 2023, upon consideration of the foregoing CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTORS' AMENDED EXEMPTIONS, and any responses thereto, it is hereby ORDERED that:

(a) The claimed exemption under 11 U.S.C. §522(d)(5) in the amount of "100%" in "Inheritance from Debtor's deceased parent" is disallowed; and

(b) The claimed exemption under 11 U.S.C. §522(d)(12) in the Horace Mann Account in the scheduled amount of $46,009.00, and in the IRA: Horace Mann Account in the scheduled amount of $45,000.00, are disallowed.

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    **dmr**

FILED
2/15/23 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-21354-CMB
Brad R. Swisher | Chapter 13
Lisa M. Swisher
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Feb 15, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brad R. Swisher, Lisa M. Swisher, 431 Theo Street, Derry, PA 15627-2655 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Joint Debtor Lisa M. Swisher cjg@grudowskilaw.com admin@grudowskilaw.com |
| Charles James Grudowski | on behalf of Debtor Brad R. Swisher cjg@grudowskilaw.com admin@grudowskilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Feb 15, 2023      Form ID: pdf900      Total Noticed: 1
TOTAL: 5