B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

In re BRAD R SWISHER  
LISA M SWISHER

Case No. 22-21354

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Quantum3 Group LLC as agent for Aqua Finance Inc | EMVLP II, LLC, c/o State Farm Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
Quantum3 Group LLC as agent for  
Aqua Finance Inc  
PO Box 788  
Kirkland, WA 98083-0788  
Phone: (425) 242-7100

Court Claim # (if known): 19  
Amount of Claim: 18,708.54  
Date Claim Filed: 09/19/2022

Phone:

Last Four Digits of Acct #: 9218

Last Four Digits of Acct #: 9218

Name and Address where transferee payments should be sent (if different from above):  
Quantum3 Group LLC  
PO Box 2489  
Kirkland, WA 98083-2489

Phone: (425) 242-7100  
Last Four Digits of Acct #: 9218

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ William Osborn  
Transferee/Transferee's Agent

Date: 05/09/2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.