Certificate Number: 13858-PAW-DE-041322856

Bankruptcy Case Number: 22-21354

13858-PAW-DE-041322856

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2026, at 4:43 o'clock PM EDT, Lisa M. Swisher completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 13, 2026

By: /s/Shauna B. Curtsinger

Name: Shauna B. Curtsinger

Title: Counselor